### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHABIOLA GAILLARD FLEARY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-5055 |
| | : | |
| **ZURICH AMERICA INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this 11th day of January 2024, upon considering Defendant's Motion to dismiss (ECF No. 6) and Plaintiffs' Notice (ECF No. 9) consenting to Defendant's proposed Order (ECF No. 6-1) dismissing Plaintiffs' statutory bad faith and loss of consortium claims, it is **ORDERED** Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** requiring:

1. We **dismiss** Plaintiffs' claim for statutory bad faith **without prejudice** and **strike** all references to a fiduciary duty or fiduciary obligation from the Complaint (ECF No. 1-1);

2. We **dismiss** Plaintiff's claim for loss of consortium **with prejudice**;

3. Plaintiff Sean Fleary is **dismissed with prejudice** requiring we **amend** the caption as above;

4. We **allow** Plaintiffs to proceed on the underinsured motorist benefits claim subject to further review; and

5. Defendant shall file an answer to the Complaint (ECF No. 1-1) no later than **January 25, 2024**.

_____
**KEARNEY, J.**